USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYSHA TURNER,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

No. 21-CV-0009 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 4, 2021, Plaintiff Tysha Turner, proceeding *in forma pauperis*, filed a complaint against the Commissioner of Social Security. The next day, the Clerk of Court filed on the docket the standing order in social security cases, which ordered Defendant to file a certified transcript of administrative proceedings within 90 days of service. On January 20, 2021, Plaintiff served a copy of the summons and complaint by certified mail upon the U.S. Attorney's Office.

    Defendant has not appeared or otherwise responded to the complaint. Defendant shall do so by no later than May 24, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated:    May 3, 2021
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge